# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 18-00129-WS-MU |
| JONATHAN MICHAEL ADAMS | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 19) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count One of the Indictment/Information is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **November 1, 2018, at 10:30 a.m**., in Courtroom 4A.

**DONE and ORDERED** this 16th day of August, 2018

                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE